*In re* CARMEN M. COLLAZO LÓPEZ.

*Número:* TS-13389          *Resuelto:* 12 de noviembre de 2004

*José M. Montalvo Trías*, director ejecutivo del Colegio de Abogados; *Carmen M. Collazo López*, peticionaria.

## RESOLUCIÓN

Examinada la petición para darse de baja del ejercicio de la abogacía de la Lcda. Carmen Collazo López, así como la Moción del Colegio de Abogados, se accede a lo solicitado efectivo inmediatamente. La peticionaria deberá notificar a todos los clientes a quienes actualmente representa, si

alguno, de su renuncia al ejercicio de la abogacía. Además, deberá tomar las medidas correspondientes para devolver los expedientes de los casos activos a aquellas personas que así lo soliciten.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*